IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KIMBERLY HOLBROOK,

        Plaintiff,                      Case No.: 3:13-CV-072

vs.

COMMISSIONER OF                      District Judge Thomas M. Rose
SOCIAL SECURITY,                      Magistrate Judge Michael J. Newman

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 17)

Before the Court is the Report and Recommendation of Magistrate Judge Michael J. Newman (doc. 17), concerning a request by Plaintiff's counsel for an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Magistrate Judge Newman recommended that Plaintiff be awarded the sum of $3,675.00 referenced in the joint unopposed motion (doc. 16). Neither party has filed Objections to the Report and Recommendation, and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Having carefully reviewed this matter, the Court rules as follows:

1. The Magistrate Judge's Report and Recommendation dated February 14, 2014 (doc. 17) is **ADOPTED**;

2. The parties' joint stipulation referencing EAJA fees in the amount of $3,675.00 (doc. 16) is **GRANTED**, and Plaintiff is **AWARDED** the sum of $3,675.00 in EAJA fees; and

3. This matter is hereby **TERMINATED** on the docket of this Court.

    **IT IS SO ORDERED**.

March 5, 2014                             *s/Thomas M. Rose
                                                    Thomas M. Rose
                                            United States District Judge